**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO**

ATLAS RESOURCES, INC.,
a New Mexico Corporation,

    Plaintiffs,

v.     No. 1:14cv00236 KG/KBM

ROBERT M. GAGNE and
ADVANCED RISK SOLUTIONS, INC.

    Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court on the parties' Joint Motion for Dismissal With Prejudice, and the Court being fully informed in the premises, FINDS that the Motion is well taken and should be granted.

IT IS HEREBY ORDERED ADJUDGED and DECREED that Plaintiff's Complaint for Damages, and all claims made or which could have been made by Plaintiff against Defendants, be and hereby are, dismissed with prejudice, with each party bearing their own costs and attorney's fees.

                              UNITED STATES DISTRICT JUDGE

Submitted:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By:*/s/ Jennifer A. Noya*
   Paul M. Fish
   Jennifer A. Noya
   Kevin D. Pierce
   500 Fourth Street NW, Suite 1000
   P.O. Box 2168
   Albuquerque, New Mexico  87103-2168
   Telephone: 505.848.1800
   Facsimile: 505.848.1899

*Attorneys for Plaintiff*


Approved:

THE SIMONS FIRM, LLP

By:*/s/ Approved via email on 8.14.15*
   Faith Kalman Reyes
   P.O. Box 5333
   Santa Fe, New Mexico 87502-5333
   Telephone:  505.988.5600
   Facsimile:  505.982.0185

   LAW OFFICES OF RANDALL J. PETERS, APC
   Randall J. Peters
   3403 Henrietta Avenue, Suite 100
   La Crescenta, CA 91214
   (818) 693.1836

*Attorneys for Defendants*
W2508241.RTF

2